```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -  X
                                      :
UNITED STATES OF AMERICA              :   SUPERSEDING INDICTMENT
                                      :
          - v. -                      :   S1 22 Cr. 552
                                      :
PEDRO ORNELAS,                        :
FREDDY ESPINAL,                       :
EDWIN ANDRES ALVARADO SEGURA,         :
EDWARD ALVARADO SEGURA,               :
ADONY JASSER ALMANZAR ESTRELLA, and   :
JORDANY CRUZ,                         :
                                      :
          Defendants.                 :
                                      :
- - - - - - - - - - - - - - - - - -  X
```

## COUNT ONE

**(Narcotics Conspiracy)**

The Grand Jury charges:

1.  From at least in or about June 2020 up to and including on or about October 19, 2022, in the Southern District of New York and elsewhere, PEDRO ORNELAS, FREDDY ESPINAL, EDWIN ANDRES ALVARADO SEGURA, EDWARD ALVARADO SEGURA, ADONY JASSER ALMANZAR ESTRELLA, and JORDANY CRUZ, the defendants, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2.  It was a part and an object of the conspiracy that PEDRO ORNELAS, FREDDY ESPINAL, EDWIN ANDRES ALVARADO SEGURA, EDWARD ALVARADO SEGURA, ADONY JASSER ALMANZAR ESTRELLA, and

JORDANY CRUZ, the defendants, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

3. The controlled substance that PEDRO ORNELAS, FREDDY ESPINAL, EDWIN ANDRES ALVARADO SEGURA, EDWARD ALVARADO SEGURA, ADONY JASSER ALMANZAR ESTRELLA, and JORDANY CRUZ, the defendants, conspired to distribute and possess with intent to distribute was 400 grams and more of mixtures and substances containing a detectable amount of fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(A).

(Title 21, United States Code, Section 846.)

**FORFEITURE ALLEGATIONS**

4. As a result of committing the offense alleged in Count One of this Indictment, PEDRO ORNELAS, FREDDY ESPINAL, EDWIN ANDRES ALVARADO SEGURA, EDWARD ALVARADO SEGURA, ADONY JASSER ALMANZAR ESTRELLA, and JORDANY CRUZ, the defendants, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offense and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said offense, including but not limited to a sum of money in United States currency representing

the amount of proceeds traceable to the commission of said offense.

## Substitute Asset Provision

5. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property.

(Title 21, United States Code, Section 853.)

_____ *(signature)* (OFP)
FOREPERSON

_____ *(signature)*
DAMIAN WILLIAMS
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

v.

PEDRO ORNELAS,
FREDDY ESPINAL,
EDWIN ANDRES ALVARADO SEGURA,
EDWARD ALVARADO SEGURA,
ADONY JASSER ALMANZAR ESTRELLA, and
JORDANY CRUZ,

Defendants.

<u>**SUPERSEDING INDICTMENT**</u>

S1 22 Cr. 552

(21 U.S.C. § 846.)

DAMIAN WILLIAMS
United States Attorney

*[signature]* (DFP)
Foreperson

11/17/2022 — Indictment filed under seal.
Arrest warrant issued.

USMJ Willis

_(signature)_