UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America<br><br>        v.<br><br>Pedro Ornelas,<br>Freddy Espinal,<br>Edwin Andres Alvarado Segura,<br>Edward Alvarado Segura,<br>Adony Jasser Almanzar Estrella, and<br>Jordany Cruz,<br><br>       *Defendants.* | [~~Proposed~~] **Protective Order**<br><br>**S1 22 Cr. 552 (JMF)** |

Upon the <ins>unopposed</ins> application of the United States of America, with the consent of the undersigned counsel, and the defendants having requested discovery under Fed. R. Crim. P. 16, the Court hereby finds and orders as follows:

1. **Disclosure Material.** The Government will make disclosure to the defendants of documents, objects and information, including electronically stored information ("ESI"), pursuant to Federal Rule of Criminal Procedure 16, 18 U.S.C. §3500, and the Government's general obligation to produce exculpatory and impeachment material in criminal cases, all of which will be referred to herein as "disclosure material." The Government's disclosure material may include material that (i) affects the privacy, confidentiality of individuals; (ii) would impede, if prematurely disclosed, the Government's ongoing investigation of uncharged individuals; (iii) would risk prejudicial pretrial publicity if publicly disseminated; and (iv) that is not authorized to be disclosed to the public or disclosed beyond that which is necessary for the defense of this criminal case.

2. **Sensitive Disclosure Material.** Certain discovery materials in this case may raise a particular risk of affecting the privacy and confidentiality of witnesses and/or other co-defendants. For example, certain of the Government's disclosure material, referred to herein as

"Sensitive Disclosure Material," contains information that identifies, or could lead to the identification of, witnesses who may be subject to intimidation or obstruction, and whose lives, persons, and property, as well as the lives, persons and property of loved ones, may be subject to risk of harm absent the protective considerations set forth herein.  Disclosure material produced by the Government to the defendants or defense counsel that are either (1) designated in whole or in part as "Sensitive" by the Government in emails or communications to defense counsel, or (2) that include a Bates or other label stating "Sensitive," shall be deemed "Sensitive Disclosure Material."   The Government's designation of material as Sensitive Disclosure Material will be controlling absent contrary order of the Court.

**NOW, THEREFORE, FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED:**

3. Disclosure material shall not be disclosed by the defendant or defense counsel, including any successor counsel ("the defense") other than as set forth herein, and shall be used by the defense solely for purposes of defending this action. The defense shall not post any disclosure material on any Internet site or network site to which persons other than the parties hereto have access, and shall not disclose any disclosure material to the media or any third party except as set forth below.  This does not prohibit the parties from using secure private web services, such as "Drop Box," to store Protected Materials, provided that the only people with access to such services are those authorized herein to receive Sensitive Materials, or to transfer such material to such authorized recipients.

4. Disclosure material may be disclosed by counsel to:

(a) Personnel for whose conduct counsel is responsible, *i.e.*, personnel employed by or retained by counsel, as needed for purposes of defending this action;

(b) Prospective witnesses for purposes of defending this action;

(c) The defendants; and

(d) Such other persons as hereafter may be authorized by the Court.

5. **Sensitive Disclosure Material** received by defense counsel or personnel for whose conduct counsel is responsible **shall be maintained in a safe and secure manner solely by the defendants' counsel or personnel for whose conduct counsel is responsible**; shall not be possessed by the defendants, except in the presence of the defendants' counsel; and shall not be disclosed in any form by the defendants or their counsel except as set forth herein.

6. The Government may authorize, in writing, disclosure of disclosure material beyond that otherwise permitted by this Order without further Order of this Court.

7. This Order does not prevent the disclosure of any disclosure material in any hearing or trial held in this action, or to any judge or magistrate judge, for purposes of this action. However, Sensitive Disclosure Material pertinent to any motion before the Court should initially be filed under seal, absent consent of the Government, including regarding redactions, or Order of the Court. All filings should comply with the privacy protection provisions of Fed. R. Crim. P. 49.1.

8. Except for disclosure material that has been made part of the record of this case, the defense shall return to the Government or securely destroy or delete all disclosure material, including the seized ESI disclosure material, within 30 days of the expiration of the period for direct appeal or collateral challenges from any verdict in the above-captioned case; the period of direct appeal or collateral challenges from any order dismissing any of the charges in the above-captioned case; or the granting of any motion made on behalf of the Government dismissing any charges in the above-captioned case, whichever date is later.

9. This Order places no restriction on a defendant's use or disclosure of ESI that originally belonged to the defendant.

## Retention of Jurisdiction

10. The provisions of this Order shall not terminate at the conclusion of this criminal prosecution and the Court will retain jurisdiction to enforce this Order until the Court orders otherwise.

*[Remainder of page intentionally left blank]*

AGREED AND CONSENTED TO:

    DAMIAN WILLIAMS
    United States Attorney

by: _Kaylan E. Lasky_ (signature)      Date: 12/5/2022
    Kaylan E. Lasky / Edward Robinson /
    Matthew R. Shahabian
    Assistant United States Attorneys

    _____      Date: _____
    John Hillebrecht, Esq. / Jessica Masella, Esq.
    Counsel for Freddy Espinal

    _____      Date: _____
    Barry Goldberg, Esq.
    Counsel for Edwin Andres Alvarado Segura

    _____      Date: _____
    Daniel McGuiness, Esq.
    Counsel for Edward Alvarado Segura

    _____      Date: _____
    Sabrina Shroff, Esq.
    Counsel for Adony Jasser Almanzar Estrella

    _____      Date: _____
    Marissa Cabrera, Esq.
    Counsel for Jordany Cruz

SO ORDERED:

Dated:  New York, New York
       December ___, 2022

                                              _____
                                              THE HONORABLE JESSE M. FURMAN
                                              UNITED STATES DISTRICT JUDGE

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney

by:  _____*Kaylan E. Lasky*_____                    Date: 12/5/2022
Kaylan E. Lasky / Edward Robinson /
Matthew R. Shahabian
Assistant United States Attorneys

_____          Date: _____
John Hillebrecht, Esq. / Jessica Masella, Esq.
Counsel for Freddy Espinal

_____*Barry Goldberg*_____                    Date: 12/9/2022
Barry Goldberg, Esq.
Counsel for Edwin Andres Alvarado Segura

_____          Date: _____
Daniel McGuiness, Esq.
Counsel for Edward Alvarado Segura

_____          Date: _____
Sabrina Shroff, Esq.
Counsel for Adony Jasser Almanzar Estrella

_____          Date: _____
Marissa Cabrera, Esq.
Counsel for Jordany Cruz

SO ORDERED:

Dated: New York, New York
       December ____, 2022

                              _____
                              THE HONORABLE JESSE M. FURMAN
                              UNITED STATES DISTRICT JUDGE

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney

by: _____*Kaylan E. Lasky*_____   Date: 12/5/2022
Kaylan E. Lasky / Edward Robinson /
Matthew R. Shahabian
Assistant United States Attorneys

_____   Date: _____
John Hillebrecht, Esq. / Jessica Masella, Esq.
Counsel for Freddy Espinal

_____   Date: _____
Barry Goldberg, Esq.
Counsel for Edwin Andres Alvarado Segura

_____   Date: _____
Daniel McGuiness, Esq.
Counsel for Edward Alvarado Segura

_____   Date: _____
Sabrina Shroff, Esq.
Counsel for Adony Jasser Almanzar Estrella

_____*Marisa K. Cabrera*_____   Date: 12/16/2022
Marissa Cabrera, Esq.
Counsel for Jordany Cruz

SO ORDERED:

Dated: New York, New York
       December ___, 2022

                                   _____
                                   THE HONORABLE JESSE M. FURMAN
                                   UNITED STATES DISTRICT JUDGE

5

AGREED AND CONSENTED TO:

    DAMIAN WILLIAMS
    United States Attorney

by: _[signature: Kaylan E. Lasky]_                Date: 12/5/2022
    Kaylan E. Lasky / Edward Robinson /
    Matthew R. Shahabian
    Assistant United States Attorneys

_[signature]_                                 Date: 12/22/2022
John Hillebrecht, Esq. / Jessica Masella, Esq.
Counsel for Freddy Espinal

_____    Date: _____
Barry Goldberg, Esq.
Counsel for Edwin Andres Alvarado Segura

_____    Date: _____
Daniel McGuiness, Esq.
Counsel for Edward Alvarado Segura

_____    Date: _____
Sabrina Shroff, Esq.
Counsel for Adony Jasser Almanzar Estrella

_____    Date: _____
Marissa Cabrera, Esq.
Counsel for Jordany Cruz

SO ORDERED:

Dated: New York, New York
       December ___, 2022

                                            _____
                                            THE HONORABLE JESSE M. FURMAN
                                            UNITED STATES DISTRICT JUDGE

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney

by: _____/s/ Kaylan E. Lasky/_____　　　　　Date: __12/5/2022__
Kaylan E. Lasky / Edward Robinson /
Matthew R. Shahabian
Assistant United States Attorneys

_____　　　Date: _____
John Hillebrecht, Esq. / Jessica Masella, Esq.
Counsel for Freddy Espinal

_____　　　Date: _____
Jill Shellow, Esq.
Counsel for Edwin Andres Alvarado Segura

____/s/ Daniel McGuiness/____　　　　　　Date: __12/12/2022__
Daniel McGuiness, Esq.
Counsel for Edward Alvarado Segura

_____　　　Date: _____
Sabrina Shroff, Esq.
Counsel for Adony Jasser Almanzar Estrella

_____　　　Date: _____
Marissa Cabrera, Esq.
Counsel for Jordany Cruz

SO ORDERED:

Dated: New York, New York
~~December XX, 2022~~
January 10, 2023

_____
THE HONORABLE JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE

The Clerk of Court is directed to terminate ECF No. 54.

5