UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

PEDRO ORNELAS,

*Defendant.*

[~~PROPOSED~~]
<u>ORDER</u>

S1 22 Cr. 552 (JMF)

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on October 20, 2023;

WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to the District Court;

WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted. Sentencing is scheduled for January 30, 2024, at 3:00 p.m. The Clerk of Court is directed to terminate Doc. #106.

**SO ORDERED:**

Dated: October 23, 2023
New York, New York

_____
THE HONORABLE JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK