

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 26, 2025

**BY ECF**

> Defendants' motions are granted as unopposed with respect to the items in the Government's and Pretrial's possession and otherwise denied as moot. The Clerk of Court is directed to terminate ECF Nos. 189 and 190 and to mail a copy of this endorsed letter to Defendants at the addresses referenced in the Orders at ECF Nos. 191 and 192.
>
> SO ORDERED.
> *[signature]*
> June 27, 2025

The Honorable Jesse M. Furman
United States District Judges
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:  *United States v. Pedro Ornelas et al.*, 22 Cr. 552 (JMF)

Dear Judge Furman:

The Government respectfully submits this letter in response to the motions of defendants Jordany Cruz and Adony Jasser Almanzar Estrella seeking the return of their passports and electronic devices. The Government has confirmed that is in possession of one iPhone belonging to Mr. Cruz, four iPhones belonging to Mr. Almanzar Estrella, and Mr. Almanzar Estrella's driver's license and bank card. The Government has contacted prior counsel for both Mr. Cruz and Mr. Estrella and provided them with the case agent's phone number to arrange for the return of those items.

The Government also informed counsel that Pretrial is in possession of Mr. Almanzar Estrella's passport and that the Government is not in possession of Mr. Cruz's passport.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:  /s/
Matthew R. Shahabian
Assistant United States Attorney
(212) 637-1046

CC:   Jordany Cruz (by U.S. Mail)
     Adony Jasser Almanzar Estrella (by U.S. Mail)